UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 24-mj-1036 |
| | ) | |
| PAUL FAYE, SR. | ) | 26 U.S.C. § 5861(d) |

## MOTION TO SEAL COMPLAINT

COMES NOW the United States of America, by and through Henry C. Leventis, United States Attorney, and the undersigned Assistant United States Attorney, Joshua Kurtzman and moves the court to seal the Complaint and attendant Arrest Warrant. For cause, the United States submits that the individual named in the Complaint is unaware that they are facing charges in this matter and disclosure of the Complaint and corresponding arrest warrant would make locating this Defendant more difficult and potentially increase the risk to law enforcement and the Defendant during an arrest operation

                Respectfully submitted,

                HENRY C. LEVENTIS
                United States Attorney

By:   /s/Joshua Kurtzman
        Joshua Kurtzman
        Assistant United States Attorney
        719 Church Street, Suite 3300
        Nashville, Tennessee 37203-3870
        Telephone: 615-736-5151