CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Indictment ( )
Complaint (**X**)
Information ( )
Felony (**X**)
Misdemeanor ( )
Juvenile ( )

County of Offense: Montgomery
AUSA's NAME: Josh Kurtzman

Reviewed by AUSA: JK
(Initials)

Paul Faye Sr.
Defendant's Full Name

Defendant's Address

Defendant's Attorney

Interpreter Needed?  ___ Yes  _X_ No
If Yes, what language? _____

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 26 U.S.C. 5861(d) | Possession or transfer of a non-registered firearm (Suppressor) | 10 years | $250,000 |

Is the defendant currently in custody? Yes (**X**)  No ( )  If yes, State or **Federal**?  Writ requested (**N/A**)

Has a complaint been filed?  Yes (X)  No ( )
   If Yes: Name of the Magistrate Judge  Barbara D. Holmes   Case No.: 24-mj-1036
   Was the defendant arrested on the complaint?  Yes (X)  No ( )

Has a search warrant been issued?  Yes (**X**)  No ( )
   If Yes: Name of the Magistrate Judge  Holmes   Case No.: 24-mj-1034; 24-mj-1035

Was bond set by Magistrate/District Judge?  Yes ( )  No (X)   Amount of bond: _____

Is this a Rule 20? Yes ( ) No (X)   To/from what district? _____
Is this a Rule 40? Yes ( ) No (X)   To/from what district? _____

Estimated trial time:  3 Days