# UNITED STATES DISTRICT COURT

for the

Middle District of Tennessee

| United States of America | ) |
|---|---|
| v. | ) |
| PAUL FAYE, SR. | ) Case No. 24-mj-1036 |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PAUL FAYE, SR.,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

26 U.S.C. 5861(d) - Possession of an unregistered firearm/silencer regulated by the National Firearms Act

Date: FEBRUARY 2, 2024

*Issuing officer's signature*

City and state: Nashville, TN

Barbara D. Holmes, United States Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*