IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO.   24-mj-1036 |
| v. | ) | |
| | ) | MAGISTRATE JUDGE NEWBERN |
| PAUL FAYE | ) | |

## MOTION TO UNSEAL

The United States of America respectfully moves this Court to unseal this matter, particularly the Criminal Complaint, arrest warrants, search warrants, and all other associated filings. The United States originally requested that the Criminal Complaint be sealed as the Defendant was at large. The Defendant has now been arrested so the rationale for sealing the Criminal Complaint no longer exists. Accordingly, the United States requests that the Court unseal the Criminal Complaint and all associated filings.

February 5, 2024            Respectfully submitted,
Date

                                      HENRY C. LEVENTIS
                                      United States Attorney for the
                                      Middle District of Tennessee

                                      */s/ Joshua A. Kurtzman*
                                      Joshua A. Kurtzman
                                      Assistant United States Attorney
                                      716 Church Street, Suite 3300
                                      Nashville, Tennessee 37203
                                      615-401-6617