UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO.  24-mj-1036 |
| v. | ) | |
| | ) | MAGISTRATE JUDGE NEWBERN |
| PAUL FAYE | ) | |

## ORDER TO UNSEAL INDICTMENT

The Court is in receipt of an Criminal Complaint and Arrest Warrant in the above styled case. The Court is also in receipt of a Motion by the United States requesting that the Criminal Complaint, Arrest Warrant, and attendant documents be unsealed .

For the cause stated in the Government's Motion, the Motion is GRANTED. The Criminal Complaint, Arrest Warrants and attendant documents (including the Government's Motion and this Order) shall be unsealed.

It is so ORDERED.

_____
ALISTAIR E. NEWBERN
United States Magistrate Judge