**MAGISTRATE JUDGE NEWBERN COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS**

U.S.A. v. Paul Faye, No. 3:24-mj-1036

**ATTORNEY FOR GOVERNMENT:** Josh Kurtzman

**ATTORNEY FOR DEFENDANT:** David Baker  ☒ AFPD ☐ Panel ☐ Retained

**PRETRIAL SERVICES/PROBATION OFFICER:** Tiana Rock

**INTERPRETER NEEDED?** ☐ YES ☒ NO    **LANGUAGE/INTERPRETER:** ____
☐ PRESENT ☐ TELEPHONE ☐ VIDEO

☐ Defendant consents to appear before the Magistrate Judge by video

☒ **INITIAL APPEARANCE**    ☐ ON A SUMMONS    ☒ ARRESTED ON: February 5, 2024
    DEFENDANT HAS A COPY OF:
    ☒ Complaint    ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other: ____
    ☒ Defendant advised of the charges & maximum penalties    ☒ Defendant advised of right to counsel
    ☒ Defendant provided the financial affidavit    ☐ Counsel retained    ☒ FPD Appointed
    ☒ Defendant advised of right to silence    ☐ Defendant advised of right to Consular Notification
    ☒ GOVERNMENT & DEFENDANT advised of Due Process Protections Act of 2020
    ☒ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
    ☒ Government filed motion for detention    ☐ Defendant Waived detention hearing
    ☐ Defendant temporarily detained    ☐ Defendant reserved right to hearing in future
    ☐ Defendant to remain in Federal custody    ☐ Defendant to be returned to state custody
    ☐ Defendant to remain on current conditions of supervised release
    ☐ Defendant released on:
        ☐ Standard ☐ Special ☐ Appearance Bond: ____    ☐ Property Bond
    ☐ RULE 5- Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
    ☐ RULE 5- Defendant reserved right to have preliminary hearing in District of Prosecution
    ☐ RULE 5- Defendant elected to have detention hearing in District of Prosecution

☒ **PRELIMINARY/DETENTION/~~ARRAIGNMENT~~ CONTINUED TO:** To be set by Judge Frensley
    ☒ Good cause shown to exceed 5 business days

☐ **GRAND JURY WAIVED IN OPEN COURT**    (Waiver of Indictment executed)
☐ **ARRAIGNMENT**
    ☐ Defendant acknowledges receipt of Indictment/Information    ☐ Indictment/Information read to Defendant
    ☐ Defendant waived reading thereof    ☐ Court advised maximum penalties
    **PLEA:** ☐ GUILTY    ☐ NOT GUILTY
    ☐ Misdemeanor- defendant consented to trial before Magistrate Judge

---

**DATE:** February 5, 2024    **TOTAL TIME:** 8 minutes
**BEGIN TIME:** 12:48 p.m.    **END TIME:** 12:56 p.m.
☒ Digitally Recorded    ☐ Court Reporter: ____