MAGISTRATE JUDGE FRENSLEY COURTROOM MINUTES FOR CRIMINAL PROCEEDINGS

U.S.A. v. Paul Faye , No. 24-mj-1036

ATTORNEY FOR GOVERNMENT: Josh Kurtzman

ATTORNEY FOR DEFENDANT: David Baker    (AFPD)  Panel   Retained

PRETRIAL SERVICES/PROBATION OFFICER: Tiana Rock

INTERPRETER NEEDED?   YES  (NO)   LANGUAGE/INTERPRETER: _____
☐ PRESENT          ☐ ON TELEPHONE

☐ Defendant consents to IA and ☐ All future hearings before the Magistrate Judge by video conference.

☐ INITIAL APPEARANCE ☐ ON A SUMMONS ☐ ARRESTED ON: _____
DEFENDANT HAS A COPY OF:
☐ Complaint ☐ Indictment ☐ Information ☐ Supervised Release Pet. ☐ Other _____
☐ Defendant advised of the charges and the maximum penalties ☐ Defendant has a copy of notice of rights
☐ Defendant advised of right to counsel            ☐ Counsel retained
☐ Defendant sworn and/or certified under penalty of perjury and financial affidavit filed   ☐ FPD Appointed
☐ Defendant advised of right to silence       ☐ Defendant advised of right to **Consular notification**
☐ GOVERNMENT and DEFENDANT advised of Due Process Protections Act of 2020
☐ Defendant advised of right to preliminary hearing    ☐ Defendant waived preliminary hearing
☐ Defendant waived rights under IAD               ☐ Defendant to be returned to State custody
☐ Government motion for detention                 ☐ Defendant temporarily detained
☐ Defendant waived detention hearing              ☐ ICE detainer on defendant
☐ Defendant reserved right to hearing in future
☐ Defendant to remain in Federal custody
☐ Defendant remain on current conditions of supervised release
☐ Defendant ordered to psychological/psychiatric evaluation
☐ Defendant released on:
    ☐ Own recognizance with conditions of release   ☐ standard   ☐ special
    ☐ Appearance bond in the amount of: _____
    ☐ Property bond [description of property]: _____
☐ RULE 5 - Defendant advised of right to identity hearing    ☐ Defendant waived identity hearing
☐ RULE 5 - Defendant reserved right to have preliminary hearing in District of Prosecution
☐ RULE 5 - Defendant elected to have detention hearing in District of Prosecution
☐ RULE 5 - DEFENDANT ADVISED OF RIGHT TO RULE 20 TRANSFER
☐ PRELIMINARY/DETENTION/ARRAIGNMENT CONTINUED TO: _____

☐ GRAND JURY WAIVED IN OPEN COURT      [Defendant sworn and advised of rights by Court]
☐ ARRAIGNMENT
    ☐ Defendant acknowledges he/she has copy of Indictment/Information   ☐ Court advised Def. of penalties
    ☐ Defendant waives reading thereof       ☐ Indictment/Information read to defendant by Judge
    PLEA: ☐ GUILTY    ☐ NOT GUILTY    ☐ Defendant intends to plead guilty and case referred to DJ

DATE: 2.12.24                TOTAL TIME: 3 hours, 27 minutes
BEGIN TIME: 1:14 p.m.        END TIME: ~~5~~ 4:41 pm
*Digitally Recorded*
~~VIDEO CONFERENCE~~
Form Revised 2/9/2018           Page 1 of 2

UNITED STATES OF AMERICA v. Paul Faye                                              NO. 24-mj-1036

☐ **RULE 5 IDENTITY HEARING**
    ☐ Held, defendant found to be person named in warrant
    ☐ Held, defendant found NOT to be person named in warrant and released
    ☐ Waived in open Court

☑ **PRELIMINARY HEARING**        **CONTINUED TO:** _____
    ☑ Probable Cause found/Held to answer/bound over    ☐ Discharged from custody
    ☐ Defendant waived preliminary hearing
    ☐ RULE 5 - Held to answer in District of Prosecution
    ☐ RULE 5 - Defendant reserved right to have hearing in District of Prosecution

☑ **DETENTION HEARING**        **CONTINUED TO:** _____
    ☐ Government withdrew motion for detention or agreed to release
    ☐ Pretrial Services Report made a part of the record    ☐ Counsel moved to retain copy of PTSR/granted
    ☐ Bond set at: _____    ☐ Defendant released on [date]:_____
    ☐ RULE 5 - Defendant elected to have hearing in District of Prosecution
    ☐ Defendant waived detention hearing    ☐ Defendant reserved right to hearing in future
    ☑ Defendant detained, order to enter    ☐ ICE detainer pending
    ☑ Defendant to remain in Federal custody    ☐ Defendant to be returned to State custody
    ☐ Government moved for stay of execution of release pending appeal
        ☐ Motion granted    ☐ Motion denied
    ☐ Defendant advised of right to appeal

☐ **ARRAIGNMENT ON MISDEMEANOR**
    ☐ Defendant acknowledges he/she has copy of Indictment/Information
    ☐ Indictment/Information read to defendant by Judge    ☐ Defendant waives reading thereof
    **PLEA:** ☐ **GUILTY**    ☐ **NOT GUILTY**
    ☐ Misdemeanor - defendant consented to trial before Magistrate Judge
    ☐ Written plea agreement/filed in open Court    ☐ Oral plea agreement
    ☐ Guilty plea:    ☐ Accepted    ☐ Rejected    ☐ Taken under advisement

☐ **OTHER**
    ☐ Type of hearing and outcome: _____

☐ **DEFENDANT DID NOT APPEAR AS DIRECTED, BENCH WARRANT ISSUED**
☑ **Witness and Exhibit List attached**

**NOTES/EVIDENTIARY MATTERS/SENTENCING:**    (Witnesses, Exhibits, Attach W/Ex List if necessary)