# UNITED STATES DISTRICT COURT

Middle DISTRICT OF Tennessee

United States of America
V.
Paul Faye

**EXHIBIT AND WITNESS LIST**

Case Number: 24-mj-1036

| PRESIDING JUDGE Jeffery S. Frensley | PLAINTIFF'S ATTORNEY Josh Kurtzman | DEFENDANT'S ATTORNEY David Baker |
|---|---|---|
| TRIAL DATE(S) 02.12.24 | COURT REPORTER Digital Recording | COURTROOM DEPUTY Surabhi Morrissey |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| X | | 2.12.24 | | | SA Christopher Potts |
| X | | | 1 | 1 | Device Determination Document |
| X | | | 2 | 2 | Line Sheet (SEALED) |
| X | | | 3 | 3 | Audio Recording (CD) |
| | X | | | | Tiffany Luebke |
| | X | | | | Jesse Luebke |
| | X | | | | Rita Pepper |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages